**IT IS ORDERED as set forth below:**

**Date: June 22, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | CASE NO. 18-58775-JWC |
|---|---|
| PATRICIA RENEE WEST, | CHAPTER 13 |
| Debtor. | |

### ORDER

**THIS MATTER** is before the Court on the Debtor's Motion to Impose the Automatic Stay (the "Motion") filed May 29, 2018 (Doc. No. 6). The Motion is set for hearing on June 26, 2018. Debtor filed for relief under chapter 13 of the Bankruptcy Code on May 25, 2018. The Motion having been read and considered,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** on an interim basis. The

automatic stay provided by section 362(a) of the Bankruptcy Code, which, absent this Order would terminate pursuant to section 362(c)(3) before the hearing on June 26, 2018, shall remain in effect until the hearing currently scheduled to be held on the Motion.

The Clerk of Court is directed to serve a copy of this Order upon Debtor, the Chapter 13 Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**